AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 1:20-mj-2666 TMD |
| JAMES DALE REED | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 4, 2020_____ in the county of _____Frederick_____ in the
_____ District of _____Maryland_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Section 879 | Threats Against a Major Candidate for President and Vice-President |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Emily Zagone
_____
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: __10/21/2020__

_____
*Judge's signature*

City and state: _____Baltimore, MD_____

Hon. Thomas M. DiGirolamo
_____
*Printed name and title*

Print    Save As...    Attach    Reset