JGW/JCM USAO #2020R00766
HEE 11/11/2020

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

NOV 1 8 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. ELH-20-0406 |
| JAMES DALE REED, | * (Threats to a Major Candidate for the Office of President or Vice President, 18 U.S.C. § 879) |
| Defendant | * |

*******

## INDICTMENT

### COUNT ONE
**(Threats to a Major Candidate for the Office of President or Vice President)**

The Grand Jury for the District of Maryland charges that:

1. On or about October 4, 2020, in the District of Maryland, the Defendant,

**JAMES DALE REED**

knowingly and willfully threatened to kill and to kidnap and to inflict bodily harm upon Joseph Biden and Kamala Harris, who at the time of the offense herein were major candidates for the office of the President and Vice President of the United States, respectively, by stating, in writing, that "when we capture Grandpa Biden we will all severely beat him to the point of death as for Mrs. Harris she will be bent over and anally raped by my rifle barrel then for the grand end the [sic] both will be executed on National Television."

18 U.S.C. § 879

JGW/JCM USAO #2020R00766

Robert K. Hur/JCM
Robert K. Hur
United States Attorney

A TRUE BILL:

~~[redacted]~~
Foreperson

Date 11/18/2020