IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

James Dale Reed

Case No. ELH-20-0406

\*\*\*\*\*\*

**ORDER OF TEMPORARY DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT**

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __Monday 3/8/2021__ at __11:30 a.m.__ before __Thomas M. DiGirolamo__, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom __7B__.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (__**LOCK-UP**__) (Other Custodial Official) and produced for the hearing.

March 3, 2021
Date

Beth P. Gesner
United States Magistrate Judge