IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL NO. ELH-20-406 |
| | * |
| JAMES DALE REED | * |
| | * |
| Defendant | |

\*\*\*\*\*\*\*

**CONSENT MOTION FOR EXCLUSION OF TIME FROM SPEEDY TRIAL COMPUTATIONS**

The United States of America, by and through undersigned counsel, and with the consent of defense counsel, moves this Court as follows:

1. We are requesting that the period from March 3, 2021 through April 22, 2021 be excluded from calculation under the Speedy Trial Act.

2. Because the ends of justice served by excluding the time outweigh the interests of the defendant and the public in a more speedy trial, the resulting delay is permissible pursuant to 18 U.S.C. § 3161(h)(1)(D) and (h)(7).

3. Additionally, under Section 3161(h)(7), periods of delay that extend the time within which the trial of an offense must commence are allowed if such continuance is granted by the Court on the basis of a finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The government submits that the ends of justice served by taking such action outweigh th ebest interest of the public and the defendant in a more speedy trial in this case because the parties

1

made diligent efforts to discuss the case prior to trial. The parties submit that it is part of the parties' due diligence to disclose and to review appropriate discovery materials and discuss legal and factual issues in order to discuss a potential resolution effectively. Accordingly, the parties submit that the time spent to address these issues should be excluded from the Speedy Trial computation.

      6.      Counsel for the government has contacted the counsel for the defendant, who consents to this request.

      7.      For all of these reasons, an exclusion of time from the speedy trial period is justified.

**WHEREFORE**, the United States, through undersigned counsel, and the defendant, through his counsel, hereby requests that the Court issue an unopposed Order providing for the requested exclusion of time from March 3, 2021 through April 22, 2021. A proposed order is submitted herewith.

    Respectfully submitted,

    Jonathan F. Lenzner
    Acting United States Attorney

    /s/_____
    Joan C. Mathias
    Assistant United States Attorney
    36 South Charles Street
    Fourth Floor
    Baltimore, Maryland 21201
    410-209-4850
    Fax: 410-962-9293

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this Motion for Exclusion of Time from Speedy Trial Computations was filed using CM/ECF on March 26, 2021.

/s/_____
Joan C. Mathias
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, MD 21201