AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

20-866
#050932

FILED ENTERED
LODGED RECEIVED

MAY 1 4 2021

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:20-mj-2666 TMD |
| JAMES DALE REED | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JAMES DALE REED
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Threats Against Major Canditates for President and Vice-President   18 U.S.C. Section 879

Date: 10/21/2020

*Issuing officer's signature*

City and state: Baltimore, MD

Hon. Thomas M. DiGirolamo, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* 10/21/2020, and the person was arrested on *(date)* 10/16/2020
at *(city and state)* _____                                                     03/03/2021

Date: 03/03/2021

*Arresting officer's signature*

SA Emily Zegore, USSS
*Printed name and title*