

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Joan Mathias* | *Suite 400* | *DIRECT: 410-209-4850* |
| *Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *Joan.Mathias@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-9293* |

May 25, 2021

The Honorable Ellen L. Hollander
United States District Court
101 West Lombard Street
Baltimore, MD 21201

      Re:    <u>United States v. James Dale Reed</u>
              Criminal No. ELH-20-406

Dear Judge Hollander:

     Please accept this letter as the sentencing recommendation of the United States in this matter. The guilty plea and sentencing proceedings are scheduled for June 4, 2021 at 2:00 pm. The government asks the Court to sentence James Dale Reed (the Defendant) to eighteen months incarceration, followed by three years of supervised release.

## I.    PROCEDURAL BACKGROUND

     The Defendant is pleading guilty to the Count One of the Indictment, which charges him with making a Threat to a Major Candidate for the Office of the President or Vice-President in violation of 18 U.S.C. § 879. On March 3, 2019, the Defendant had his initial appearance and has been held in federal custody since that date.

     As set forth in the Defendant's Sentencing memorandum, the Defendant has been continuously detained for his criminal actions since October 16, 2020. He was first prosecuted in the District Court for Frederick County in Case # D-111-CR-20 002596 on state charges based on the same conduct as in this case. A bench trial was conducted on February 24, 2021, and the Defendant was convicted of influencing or attempting to influence a voting decision in violation of MD Code, Election Law § 16 201(a)(5). The Defendant was sentenced to two years incarceration, with all but the time he had previously served suspended, and he was placed on three years of supervised probation.

## II.    APPLICABLE SENTENCING GUIDELINES IN THIS CASE

The stipulation in the plea agreement calculates the guidelines in this case as follows:

      Base offense level: 12 pursuant to United States Sentencing Guidelines ("U.S.S.G.") § 2A6.1(a)(1).

  Reduction: 2 levels (acceptance of responsibility U.S.S.G. § 3E1.1).

  <u>Adjusted offense level: 10</u>

*See* Plea Agreement at page 4.  The Defendant is a Criminal History Category I.  The resulting sentencing guidelines range is 6-12 months imprisonment.  The United States believes an upward variance by this Court to eighteen months is appropriate given the seriousness of the conduct involved herein.

  **III.**  **DISCUSSION OF THE FACTORS SET FORTH IN 18 U.S.C. § 3553(a)**

  As discussed below, the factors set forth in section 3553(a) militate in favor of a sentence of eighteen months imprisonment in this case.

  **A.**  **Nature and Circumstances of the Offense (3553)(a)(1))**

  The nature and circumstances of this case warrant an upward variance.  The stipulated facts establish that on Sunday October 4, 2020, at approximately 04:26 a.m., the Defendant delivered a hand-written letter to the doorstep of a resident of Frederick, Maryland.  The letter, among other things, threatened then candidates President Joseph Biden and Vice President Kamala Harris.

  The letter threatened those who proposed to vote for the candidates and threatened to "beat Grandpa Biden to the point of death" and "anally rape" Candidate Harris with "my rifle barrel".[1]  Through their investigation, United States Secret Service ("USSS") was able to identify the Defendant as the author and person who delivered the disturbing letter.

  The letter stated: "WARNING!!!  This is a warning to anyone reading this letter if you are a Biden/Harris supporter you will be targeted.  We have a list of homes and addresses by your election signs.  We are the ones with those scary guns. We are the ones your children have nightmares about.  The Boogeymen coming in the night.  We will not comply or give anything up to Grandpa Biden or Harris, especially our guns they will have to take them from our cold dead hands.  We will not let Biden/Harris turn our country into a Communist wasteland.  Now for anyone who supports Biden/Harris such as Gabby Gifferts I will personally finish what the retard in California failed to do.  I will personally put my Glock 17 to her head and make damn sure her brains go out the back of her skull, as well as any other anti-gun group leader.  Now as for Grandpa Biden and Mrs. Harris, when we capture Grandpa Biden we will all severely beat him to the point of death as for Mrs. Harris she will be bent over and anally raped by my Rifle barrel then for the Grand end the both will be executed on National Television.  I would prefer CNN then every Biden/Harris supporter will understand what the 2nd Amendment is all about.  If Biden/Harris want a war then they will get one, of course that means Black lives matter and Antifa."

  A review of the Defendant's Facebook page revealed that on October 6, 2020, he had been in Gettysburg, Pennsylvania, where then candidate Biden had a campaign event.  In the accompanying Facebook post, the Defendant wrote he had been hiking on the battleground and

---

1 Throughout this letter, the quoted material has been transcribed as found in the letter, complete with spelling or punctuation errors.

did not reference then candidate Biden or politics. Nonetheless, the presence of Defendant and the future President of the United States at Gettysburg on the same day, in view of the threatening letter, is quite disturbing.

On October 13, 2020, investigators interviewed the Defendant at his residence. The Defendant denied leaving a threatening letter or being the individual depicted in the doorbell camera video. The Defendant told investigators that he possessed three guns, including an M4 and two pistols. The Defendant said that he keeps the firearms in his house but would not specify the location. He advised that he has had no formal or military training, but he stated he fired the guns when he first purchased them in 2004 at a friend's farm. He stated that the current political situation was stressful, and he put up the "Live or Die" flags in his front yard earlier this year because he is an avid history buff. The Defendant initially denied previous contact with the USSS but changed his answer when told about a 2014 incident, which he described as "a year or a few years ago". The Defendant is known to the Secret Service for making a threatening statement against a person under USSS protection in 2014, as described in more detail below. The Defendant stated he had been drunk and made some ignorant statements and could not recall the specifics of what he said in the emails. He denied intending to threaten or cause anyone harm during that incident. He stated he has since the incident he had given up excessive drinking.

On October 15, 2020, investigators again contacted the Defendant at his residence and requested elimination palm prints and a more extensive handwriting sample. The Defendant consented and complied with both requests. Investigators again asked the Defendant if he had written the threatening letter; the Defendant indicated that he had written the letter by nodding his head in the affirmative. He then explained his involvement to the agents by saying that "This will happen" (referring to individuals making threatening comments) due to the political climate.

The Defendant was advised of his Miranda rights, which he voluntarily and willingly waived by signing a Frederick Police Department *Miranda* form. Investigators audio-recorded this waiver and all subsequent questioning. The Defendant then admitted to writing the letter on Saturday evening, October 3, 2020, because he was upset at the political situation. He denied any substance abuse or specific media/news impetus that influenced the outcome of his actions. The Defendant stated that he was angry and refused to provide a specific reason despite multiple attempts to determine the reason behind his actions. The Defendant then drove to Kline Boulevard in the early morning hours of October 4, 2020 and took the letter to the first house he saw with multiple democratic political signs. The Defendant stated that he observed the residence located on Kline Boulevard, Frederick, MD, drove past the residence, left his vehicle, and delivered the letter to the mailbox. The Defendant stated repeatedly that he did not know the residents of the house, nor had he surveilled it previously. The Defendant stated that upon dropping the letter in the mailbox, he left and returned to his residence.

In the interview, the Defendant stressed that it is his First Amendment right to say how he feels. The Defendant said that he possesses firearms to protect his family and worries about the country and the direction it is going. He said he believed that Candidates Biden and Harris want to take away guns and have a communist agenda. The Defendant stated that he does not wish to harm them and wrote what he did because he was angry. However, he stated he was worried that if they were elected, there would be mass hysteria and he would have to take up his arms and respond. When asked what caused him to respond this way, the Defendant stated he would "be at the ready" but would not shoot unless he saw others behaving violently. He stated that cops are being attacked and "I will be the first one they call." When asked if he belongs to any militias or

organized groups other than church, the Defendant stated that he is a "self-made militia" and acts of his own accord and not with others. He denied behaving violently unless targeted or the subject of violence. Throughout the interview, the Defendant spoke at length about the current political situation and how upset he is about it, and he compared it to the Revolutionary War through the life of a colonist.

Following the interview, law enforcement applied for and obtained an Extreme Risk Protective Order (ERPO) to seize the Defendant's firearms based on misdemeanor violations of MD Election Law 16-201a (voter intimidation) and MD Code 3-1001(threats of mass violence). Law enforcement also applied for a search warrant for the clothing items visible on the video surveillance. On October 15, 2020 at approximately 6:00 p.m., law enforcement conducted the search of the Defendant's house. The search was limited primarily to the "back room" where the Defendant stated his guns and military equipment were located. The "back room" that the Defendant referred to was full of U.S. Army paraphernalia, including many pairs of military-issue uniforms, helmets, anti-ballistic plate carriers, and bags/packs. Two grenades without blast caps were found but not seized. The room resembled a U.S. military outpost bunker and contained a voluminous supply of maps, books, and documents related to military strategy and history.

Pursuant to the ERPO, the Defendant's M4, 9mm S&W pistol, Highpoint 9mm rifle, and 12-gauge shotgun were seized along with eight canisters of ammunition for these weapons. Further, a stack of papers found in a military-style "Go-bag" near the foot of the cot in the room was seized because it contained documents that included: conspiracy theories about former President Obama, a highlighted list of attendees at a conference about 10 years ago (many of whom are/were U.S. government protectees), and a hand-drawn map of Frederick Police Department Special Response Team tactical responses. The jacket seen in the Ring doorbell video was also found and seized.

On October 15, 2020, at approximately 8:28 p.m., the Defendant posted on Facebook: "Defund Da police there (sic) nothing but thugs and criminals wearing uniforms Black lives matter blue lives don't mean shit. Every cop deserves a beatdown." He had also written a long posting about the police in Frederick being "a bunch of thugs and gang members I just got my house raided today and my stuff stolen from me because they felt that I was a threat to societee (sic) and I have made no threat to societee (sic) but they came into my house sees my property and stold (sic) everything from me… let's start bust and cops asses for what they really are nothing but a bunch of thugs and gang members."

The Defendant's actions, taken separately and together, are most concerning and depict an individual who has been influenced by non-mainstream thought and politics, and that influence has caused him to engage in dangerous and disturbing conduct, including the criminal threats made against major candidates for the highest offices in this country.

### B.   History and Characteristics of the Offender

The Defendant has demonstrated a history of threatening behavior towards politicians and elected officials, particularly with respect to issues related to gun control.

As discussed, the Defendant had prior contact with USSS in 2014. A USSS report documenting this contact stated that on April 17, 2014, the New York City Police Department (NYPD) reported an unknown subject, using the email address jamesfrd777@verizon.net, emailed

a non-profit organization numerous times to express his opposition towards gun control.  The email correspondence revealed that the subject threatened members of the organization, President Barack Obama, New York Governor Andrew Cuomo, and former New York City Mayor Michael Bloomberg.  On February 23, 2014, the subject wrote, "guess you're (sic) mother never told you not to play with matches well I guess you'll have to get burned to pay attention you and Bloomberg and Obama and anyone else who wants to try and go for gun confiscation plans." On April 16, 2014, he wrote another email which stated, "If anyone from your Organization Or Bloomberg's Is caught in my state Of Maryland they will be shot on site no warning shots or verbal warnings … I'd hate to see your lovely daughters without a Mother so my advice to you Communist Puke Back off cause May 16th Is just around the corner, Plan on it being a New Day In American History,So better tell you communist butt buddy Bloomberg as well we're coming for him too And his butt Buddy Cummo Obama Is just a door prize we want all of you first." NYPD identified the subject as the Defendant and requested the USSS Baltimore Field Office to interview him.

On April 23, 2014, USSS interviewed the Defendant.  Initially, the Defendant denied he made the comments or sent an email to the non-profit organization, but when the agent showed him a print-out of the email written from jamesfrd777@verizon.net, the Defendant rescinded his denial.  He was reluctant to take responsibility and claimed he had given email access to his online "friends."  Eventually, he admitted he sent the emails.  He said he used a poor choice of words to articulate his opinion and stressed he did not have any desire to do harm to the organization's leaders or any public officials.  The Defendant said he did not want to harm the President physically, but wanted him impeached through political action, not violence.  The Defendant stated he was a proponent of Second Amendment Rights and belonged to an online forum group named "Second American Revolution."  The Defendant said he owned a handgun and an assault rifle which he claimed he used for home defense and deer hunting.

    **C.**    **The Need for the Sentence to Reflect the Seriousness of the Offense, to Promote Respect for the Law, to Provide Just Punishment for the Offense, to Afford Adequate Deterrence to Criminal Conduct and to Protect the Public from Further Crimes of the Defendant (3553(a)(2))**

A sentence of eighteen months followed by a three-year term of supervised release with conditions sufficient to provide Defendant with appropriate counseling and to closely monitor Defendant's access to and participation in social media, would best serve the factors set forth in 18 U.S.C. § 3553(a)(2).

The sentence should reflect the seriousness of the offense.  The government has discussed the offense in the above sections.

There is a need for a sentence that deters similar criminal activity by others.  Every citizen's right to vote freely and unfettered is a cornerstone of this country.  No organization or individual should ever infringe on that right.  The Defendant's actions were intended to do just that, and for that he does not deserve leniency.

The Defendant also possessed firearms and ammunition, showing an ability to carry through on his threaten behavior.  There are numerous aggravating factors in this case, and a lengthy sentence is necessary to affect any deterrence.  Likewise, the sentence in this case should

promote respect for the law and provide just punishment for the offense. That need is especially present in this case. The need for just punishment is also clear given the particular circumstances of this case: the gruesome threats; the Defendant's possession of firearms. There is a need to protect the public from further crimes by the Defendant.

Section 3553(a) also calls upon a sentencing court to consider the advisory guidelines range. Certainly, in this case the sentencing guidelines militate in favor of a sentence no less than eighteen months sentence. That recommendation is an upward variance but is clearly appropriate in this case.

## IV.   CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court sentence the Defendant to eighteen months imprisonment, followed by a three-year term of supervised release, with conditions sufficient to provide Defendant with appropriate counseling and to closely monitor Defendant's access to and participation in social media.

Very truly yours,

Jonathan F. Lenzner
Acting United States Attorney

/s/
_____
Joan Castleton Mathias
James G. Warwick
Assistant United States Attorneys

cc: David Walsh-Little, Esquire